IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    15-cr-00365-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MARIO HUMBERTO GONZALEZ-ESCUDERO,

    Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on October 29, 2015, it is hereby

ORDERED that Defendant Mario Humberto Gonzalez-Escudero is sentenced to **TIME SERVED.**

Dated:   October 29, 2015.

BY THE COURT:

/s/   R. Brooke Jackson
R. BROOKE JACKSON,
UNITED STATES DISTRICT JUDGE